UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21011-JB

HOWARD COHAN,

    Plaintiff,

vs.

INFINITY ESPANOLA HOTEL VENTURE LLC,
d/b/a ESME' MIAMI BEACH,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby gives notice that Plaintiff and Defendant, INFINITY ESPANOLA HOTEL VENTURE LLC d/b/a ESME' MIAMI BEACH ("Defendant") (collectively "Parties"), have reached an agreement in principle for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 5th day of April, 2024.

                                                    BY: *s/ Jason S. Weiss*
                                                        Jason S. Weiss
                                                        Jason@jswlawyer.com
                                                        Florida Bar No. 356890
                                                        **WEISS LAW GROUP, P.A.**
                                                        5531 N. University Drive, Suite 103
                                                        Coral Springs, FL 33067
                                                        Tel: (954) 573-2800

                                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendant, INFINITY ESPANOLA HOTEL VENTURE LLC d/b/a ESME' MIAMI BEACH, via email.

BY: *s/ Jason S. Weiss*
Jason S. Weiss