UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-cv-21011-JB

HOWARD COHAN,

    Plaintiff,
vs.

INFINITY ESPANOLA HOTEL VENTURE LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice. ECF No. [8].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 26th day of April, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE